IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES P. LUNDSFORD, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:04-cv-442 |
| CALLAWAY GOLF COMPANY, *et al.*, | ) | |
| Defendants | ) | |

## **MEMORANDUM AND ORDER ON PENDING MOTIONS**

Good cause not being shown, plaintiff's motion to compel discovery prior to disposition of the pending motion for class certification [Court File #41] is hereby DENIED.

Plaintiff's motion for leave to file consolidated memorandum on all three pending motions [Court File #50] is hereby GRANTED.

Plaintiff's motion to expedite hearing on plaintiff's motion to compel [Court File #51] is hereby DENIED.

Defendant, having offered to compensate plaintiff's experts for their deposition time in accordance with Rule 26(b)(4)(C), Federal Rules of Civil Procedure, plaintiff's motion for payment of expert witness fees [Court File #58] is hereby DENIED.

**E N T E R :**

                                                                  *s/ James H. Jarvis*
                                                  UNITED STATES DISTRICT JUDGE