IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **JAMES P. LUNDSFORD, individually and on behalf of all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | No. 3:04-cv-442 |
| **v.** | ) ) | |
| **CALLAWAY GOLF COMPANY, a Delaware corporation and CALLAWAY GOLF SALES COMPANY, a California Corporation,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

# O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that the motion for partial summary judgment [Court File #11] is DENIED and the motion for class certification [Court File #14] is DENIED. The court finds that plaintiff has not sustained the burden of proving that summary judgment is due under Rule 56 or that this case should be certified as a class action under Rule 23 of the Federal Rules of Civil Procedure. Plaintiff's motion to amend his complaint [Court File #54] is also DENIED.

**E N T E R :**

                                        *s/ James H. Jarvis*
                                   UNITED STATES DISTRICT JUDGE